Douglas R. Young (State Bar No. 073248)
  dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
  palsdorf@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DELL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUNZER DAJANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL, INC. and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 08-CV-05285-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT DELL INC.'S TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, plaintiff Munzer Dajani ("Plaintiff") and defendant Dell, Inc. ("Dell"), by and though counsel, hereby stipulate as follows:

1. Dell's legal representative received a copy of the summons and complaint herein on October 23, 2008.

2. Dell timely removed the case to this Court on November 21, 2008.

3. Dell's answer or other responsive pleading is due on December 2, 2008.

4. Plaintiff grants Dell an extension of time to and including January 16, 2009 in which to answer or otherwise respond to the complaint.

5. No other extensions of time have been requested or granted.

SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT DELL, INC.'S TIME TO RESPOND TO COMPLAINT Case No. 08-CV-05285 SI

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

23742\1767500.1

I, Paul A. Alsdorf, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for plaintiffs.

DATED: November 24, 2008.  FARELLA BRAUN & MARTEL LLP

By: /s/
Paul A. Alsdorf

Attorneys for Defendant
DELL, INC.

DATED: November 24, 2008.  ABTAHI LAW FIRM

By: /s/
Ali Abtahi

Attorneys for Plaintiff
MUNZER DAJANI

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: November ___, 2008

_____
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT DELL, INC.'S TIME TO
RESPOND TO COMPLAINT Case No. 08-CV-05285 SI

- 2 -

23742\1767500.1