1   Douglas R. Young (State Bar No. 073248)
        dyoung@fbm.com
2   C. Brandon Wisoff (State Bar No. 121930)
        bwisoff@fbm.com
3   Paul A. Alsdorf (State Bar No. 241168)
        palsdorf@fbm.com
4   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5   San Francisco, CA  94104
    Telephone:  (415) 954-4400
6   Facsimile:  (415) 954-4480

7   Attorneys for Defendant
    DELL, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  MUNZER DAJANI, individually and on          Case No.  08-CV-05285-SI
    behalf of all others similarly situated,
13                                              **STIPULATION AND [PROPOSED]
                       Plaintiff,               ORDER CONTINUING INITIAL CASE
14                                              MANAGEMENT CONFERENCE**
            vs.
15
    DELL, INC. and DOES 1-25, inclusive,
16
                       Defendants.
17

18          Pursuant to Local Rule 6-1, plaintiff Munzer Dajani ("Plaintiff") and defendant Dell, Inc.

19  ("Dell"), by and though counsel, hereby stipulate as follows:

20          1.      The initial case management conference in this case is currently scheduled for 2:00

21  p.m. on February 27, 2009.

22          2.      The hearing on Dell's motion to dismiss is currently scheduled for 9:00 a.m. on

23  March 27, 2009.

24          3.      Pursuant to the November 21, 2008 Scheduling Order, the parties met and

25  conferred regarding alternative dispute resolution and held a Rule 26(f) conference on February 5,

26  2009.  At that conference, the parties agreed that efficiency would be served by postponing the

27  initial case management conference until the hearing on Dell's motion to dismiss.  Holding the

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE - Case No.
08-CV-05285 SI

23742\1860524.1

1   initial case management conference directly after the hearing would minimize duplication of

2   effort and travel costs for out of state counsel and allow the parties and the Court to consider the

3   Court's view of Dell's motion to dismiss before making scheduling and other administrative

4   decisions at the case management conference.

5       4.      The parties therefore agree that, that should the Court have space in its schedule, it

6   would be more efficient for the Court to hold the initial case management conference following

7   the hearing on Dell's motion to dismiss, currently scheduled for 9:00 a.m. on March 27, 2009.

8       SO STIPULATED.

9

10      I, Paul A. Alsdorf, attest that concurrence in the filing of the above stipulation and

11  [proposed] order has been obtained from counsel for plaintiffs.

12  DATED:  February 6, 2009.          FARELLA BRAUN & MARTEL LLP

13

14                                     By:_____/s/_____

15                                              Paul A. Alsdorf

16                                     Attorneys for Defendant
                                       DELL, INC.

17  DATED:  February 6, 2009.          RICHARDSON, PATRICK, WESTBROOK &
                                           BRICKMAN, LLC

18

19                                     By:_____/s/_____

20                                              T. Christopher Tuck

21                                     Attorneys for Plaintiff
                                       MUNZER DAJANI

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT                - 2 -                                    23742\1860524.1
CONFERENCE - Case No. 08-CV-05285 SI

1

## ORDER

2          For good cause shown, IT IS SO ORDERED. The Initial Case Management Conference,

3   currently scheduled for February 27, 2009 is hereby reset for March 27, 2009. The Court will

4   hold the conference as soon as practicable following the 9:00 a.m. hearing on Dell's motion to

5   dismiss scheduled for the same day.

6          Dated: February __, 2009

7

8   

9                                          Susan Illston
                                           United States District Judge
10

11  The case management conference is continued to 3/27/09 @
    2:30 p.m.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT          - 3 -                                    23742\1860524.1
CONFERENCE - Case No. 08-CV-05285 SI