| | |
|---|---|
| Ali Abtahi (State Bar No. 224688)<br>aabtahi@abtahilaw.com<br>THE ABTAHI LAW FIRM<br>1528 S. El Camino Real, Suite 204<br>San Mateo, CA 94402<br>Telephone: (650) 341-1300<br>Facsimile: (650) 341-1303 | Mitchell A. Toups, Esq.<br>(admitted *pro hac vice*)<br>matoups@wgttlaw.com<br>WELLER, GREEN, TOUPS & TERRELL, LLP<br>P.O. Box 350<br>Beaumont, TX 77704<br>Telephone: (409) 838-0101<br>Facsimile: (409) 838-6780 |
| T. Christopher Tuck, Esq.<br>(admitted *pro hac vice*)<br>ctuck@rpwb.com<br>RICHARDSON, PATRICK WESTBROOK & BRICKMAN, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 727-6500<br>Facsimile: (843) 216-6509 | David L. Hood, Esq. (admitted *pro hac vice*)<br>dhood@hoodlawoffices.com<br>LAW OFFICES OF DAVID L. HOOD<br>P.O. Box 535<br>Georgetown, SC 29442<br>Telephone: (843) 525-8010<br>Facsimile: (843) 436-3330 |
| Attorneys for Plaintiff and the Class<br>MUNZER DAJANI | Attorneys for Plaintiff and the Class<br>MUNZER DAJANI |

Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
Paul A. Alsdorf (State Bar No. 241168)
   palsdorf@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DELL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUNZER DAJANI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  vs.<br><br>DELL INC.<br>      Defendant. | Case No. C08-5285 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE EARLY NEUTRAL EVALUATION PROCESS UNTIL AFTER THE RULING ON DEFENDANT DELL INC.'S MOTION TO DISMISS AMENDED COMPLAINT** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON DELL'S MTD –
Case No. C08-5285 SI

23742\1933050.1

1     Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendant Dell Inc.("Dell") and Plaintiff Munzer Dajani ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

    1.     On March 26, 2009, the Court entered an order granting Dell's motion to dismiss Plaintiff's original complaint and giving Plaintiff leave until April 17, 2009 in which to file an amended complaint.

    2.     Plaintiff timely filed an amended complaint on April 17, 2009.

    3.     Dell has until May 15, 2009 in which to plead or otherwise respond to the amended complaint. Dell contemplates filing a motion to dismiss the amended complaint on or before May 15, 2009, to be noticed for hearing approximately 35 days thereafter.

    4.     Pursuant to prior stipulation and Court order, the parties are required to complete the Early Neutral Evaluation process by June 11, 2009.

    3.     Walter Robinson, Esq. was appointed Early Neutral Evaluator and held a conference call on April 29, 2009, with counsel for all parties present. On this call, the parties agreed that it would promote efficiency to postpone Early Neutral Evaluation to within 90 days of issuance of the Court's order on Dell's contemplated motion to dismiss the amended complaint.

    4.     Mr. Robinson concurred that such postponement of the Early Neutral Evaluation session until after the Court's ruling might facilitate the process.

    5.     The parties have therefore stipulated that the deadline to complete Early Neutral Evaluation shall be extended until 90 days after the Court's order on Dell's contemplated motion to dismiss the amended complaint.

IT IS SO STIPULATED.

I, C. Brandon Wisoff, attest that concurrence in the filing of the above stipulation and [proposed] order has been obtained from counsel for Plaintiff.

DATED: May 4, 2009              By:    /s/
                                                                   C. Brandon Wisoff
                                                                   FARELLA BRAUN + MARTEL LLP

                                                                   Attorneys for Defendant
                                                                   DELL INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON DELL'S MTD –   - 2 -                                             23742\1933050.1
Case No. C08-5285 SI

| | | |
|---|---|---|
| 1 | DATED: May 4, 2009 | By: _____/s/_____ |
| | | Ali Abtahi (State Bar No. 224688) |
| 2 | | THE ABTAHI LAW FIRM |
| | | 1528 S. El Camino Real, Suite 204 |
| 3 | | San Mateo, CA 94402 |
| | | Telephone: (650) 341-1300 |
| 4 | | Facsimile: (650) 341-1303 |

T. Christopher Tuck, Esq.
  (admitted *pro hac vice*)
  ctuck@rpwb.com
RICHARDSON, PATRICK
  WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

David L. Hood, Esq.
  (admitted *pro hac vice*)
  dhood@hoodlawoffices.com
LAW OFFICES OF DAVID L. HOOD
P.O. Box 535
Georgetown, SC 29442
Telephone: (843) 525-8010
Facsimile: (843) 436-3330

Mitchell A. Toups, Esq.
  (admitted *pro hac vice*)
  matoups@wgttlaw.com
WELLER, GREEN, TOUPS &
  TERRELL, LLP
P.O. Box 350
Beaumont, TX 77704
Telephone: (409) 838-0101
Facsimile: (409) 838-6780

Attorneys for Plaintiff and the Class
MUNZER DAJANI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____      /s/ Susan Illston
                                               Honorable Susan Illston
                                               United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. & [PROPOSED] ORDER EXTENDING ENE
PROCESS UNTIL AFTER RULING ON DELL'S MTD –
Case No. C08-5285 SI — - 3 - — 23742\1933050.1