IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNZER DAJANI, individually and behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>DELL INC.,<br><br>            Defendant.                                          / | No. C 08-5285 SI<br><br>**JUDGMENT** |

    The motion to dismiss the complaint is granted without leave to amend and the action is dismissed.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 25, 2009

_____
SUSAN ILLSTON
United States District Judge